No. 78–1140. MICHIGAN v. JONES. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE POWELL would grant certiorari.

No. 77–1688. SYMM, TAX ASSESSOR-COLLECTOR OF WALLER COUNTY, TEXAS v. UNITED STATES ET AL., 439 U. S. 1105;

No. 78–563. AMERICAN ASSOCIATION OF COUNCILS OF MEDICAL STAFFS OF PRIVATE HOSPITALS, INC. v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 439 U. S. 1114;

No. 78–674. MAYER v. OHIO STATE BAR ASSN., 439 U. S. 1048;

No. 78–782. PIPELINE CONSTRUCTION Co., INC. v. JAFFEE ET AL., 439 U. S. 1115;

No. 78–5632. CALHOUN ET UX. v. UNITED STATES, 439 U. S. 1118; and

No. 78–5726. SOMMERVILLE v. ALABAMA, 439 U. S. 1118. Petitions for rehearing denied.

MARCH 19, 1979

No. 78–721. QUERN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. v. HERNANDEZ ET UX. Appeal from D. C. N. D. Ill. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 78–421. DAHLBERG ELECTRONICS, INC., ET AL. v. KIEVLAN ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.